UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 13-20899-CR-SCOLA

UNITED STATES OF AMERICA

vs.

JAIME ALBERTO TAMAYO LOPEZ, et al.,

        Defendant.
_____/

## NOTICE OF REASSIGNMENT

COMES NOW the United States of America, by and through the undersigned Assistant United States Attorney, and respectfully submits the following Notice of Reassignment in the above-captioned case notifying all interested persons that Assistant United States Attorney Yvonne Rodriguez-Schack shall appear on behalf of the United States in this matter.  Please direct all future orders, pleadings, or correspondence concerning this matter to Ms. Rodriguez-Schack.

Respectfully submitted,

JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

/s/ Yvonne Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 794686
99 N.E. 4th Street, Suite 700
Miami, Florida 33132-2111
305.961.9014
305.536.7213 Facsimile
Yvonne.Rodriguez-Schack@usdoj.gov

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was electronically filed on 20th day of October, 2022, with the Clerk of the Court using CM/ECF. I further certify that the foregoing document is being served this day on counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

/s/ Yvonne Rodriguez-Schack
YVONNE RODRIGUEZ-SCHACK
ASSISTANT UNITED STATES ATTORNEY